IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41120
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERTO RODRIGUEZ-GARZA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-182-1
--------------------
July 23, 2001

BEFORE: DUHÉ, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[1]

Roberto Rodriguez-Garza ("Rodriguez") appeals the 77-month sentence imposed following his plea of guilty to a charge of being found in the United States after deportation, a violation of 8 U.S.C. § 1326. He contends that the felony convictions that resulted in his increased sentence under 8 U.S.C. § 1326(b)(2) were elements of the offense that should have been charged in the indictment.

Rodriguez acknowledges that his argument is foreclosed by the Supreme Court's decision in Almendarez-Torres v. United States, 523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court review in light of the decision in _Apprendi v. New Jersey_, 530 U.S. 466 (2000).

    _Apprendi_ did not overrule _Almendarez-Torres_.  See _Apprendi_, 530 U.S. at 489-90; _United States v. Dabeit_, 231 F.3d 979, 984 (5th Cir. 2000), _cert. denied_, 121 S. Ct. 1214 (2001).  Rodriguez' argument is foreclosed.  The judgment of the district court is AFFIRMED.